FILED

OCT 22 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>    v.<br><br>ULISES RINCON GARCIA (1),<br>FRANCISCO JAVIER RUIZ III (2),<br><br>                      Defendants. | Case No. 19CR4223-MMA<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Certain Aliens and Aiding and<br>Abetting (Felony) |

The United States Attorney charges:

Counts 1-2

On or about September 24, 2019, within the Southern District of California, defendants, ULISES RINCON GARCIA and FRANCISCO JAVIER RUIZ III, knowing and in reckless disregard of the fact that the aliens listed below had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | Hermelinda Estevan-Ortega |
| 2 | Alberto Rojas-Feliciano |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

DATED: 10/22/19 .

ROBERT S. BREWER, JR.
United States Attorney

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney

OYJ:kst:Imperial
10/21/19