# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 19CR4223 MMA |
| Plaintiff, | ORDER |
| V. | |
| ULISES RINCON GARCIA (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information .

Dated:   December 6, 2019

Michael M. Anello
United States District Judge